UST-31, 3-03

SHARON MAXWELL
Bankruptcy Trustee
CHAPTER 7 TRUSTEE
177 NORTH CHURCH STE 625
TUCSON, AZ 85701
(520) 623-7401

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| ARELLANO, NICOLE MARIE | ) | CASE NO. 05-06021-JMM |
| | ) | |
| | ) | AMENDED |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

SHARON MAXWELL, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 5 | NORTHWEST BILLING<br>C/O STUART ALLAN & ASSOC<br>5447 E FIFTH ST #110<br>TUCSON AZ 85711-2345 | 2.12 |
| 3 | EMERGENCY ROOM ASSOC<br>P O BOX 12730<br>TUCSON AZ 85732 | 4.05 |
| 6 | RADIOLOGY LTD<br>C/O STUART ALLEN & ASSOC<br>5447 E FIFTH ST #110<br>TUCSON AZ 85711-2345 | .30 |
| 7 | RECOVERY MGMT SYS CORP FOR<br>GE MONEY BANK<br>DBA MERVYNS<br>25 SE 2ND AVE #1120<br>MIAMI FL 33131 | 3.89 |

*November 16, 2009*                                                         */s/ Sharon Maxwell*